# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BARBIE MORGAN,

        Plaintiff,

vs.

BEST BUY, INC.,

        Defendant.

2:17-cv-00034-APG-VCF

**ORDER**

    Before the Court are the motion to substitute attorney (ECF No. 15) and notice of appearance of Alan S. Levin, Esq. (ECF No. 17). David J. Otto, Esq. is withdrawing as counsel of record for Ms. Morgan. Ms. Morgan has retained Mr. Levin as her new counsel of record.

    Accordingly,

    IT IS HEREBY ORDERED that the hearing on the motion to substitute attorney (ECF No. 15) scheduled for May 15, 2017 is VACATED.

    IT IS FURTHER ORDERED that the motion to substitute attorney (ECF No. 15) and notice of appearance of Alan S. Levin, Esq. (ECF No. 17) are GRANTED. Mr. Levin is substituted in place and stead of Mr. Otto, as counsel of record for Ms. Morgan.

    IT IS FURTHER ORDERED that the motion for leave to appear by telephone (ECF No. 18) is DENIED as MOOT.

    DATED this 2nd day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE