# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BARBIE MORGAN,

    Plaintiff,

v.

BEST BUY CO., INC,

    Defendant.

Case No. 2:17-cv-00034-APG-VCF

**ORDER (1) GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY, (2) DIRECTING RESPONSE, AND (3) SUSPENDING SUMMARY JUDGMENT BRIEFING**

(ECF Nos. 31, 32)

    I previously directed plaintiff Barbie Morgan to file a supplemental opposition regarding the qualifications of her expert, Dr. Byers. ECF No. 28. Morgan filed her response on November 28, 2017. ECF No. 30. Defendant Best Buy Co., Inc. moves for leave to file a sur-reply, arguing that Dr. Byers admitted at her deposition that she is not opining on causation and would be a rebuttal expert. Best Buy thus contends Morgan has no medical expert to testify on causation, so Best Buy is entitled to summary judgment. Best Buy also filed a separate summary judgment motion given the December 3, 2017 dispositive motion deadline. *See* ECF No. 14. To save the parties' resources, I am granting Best Buy's motion for leave to file a sur-reply, suspending the summary judgment briefing, and directing Morgan to respond to Best Buy's sur-reply.

    IT IS THEREFORE ORDERED that defendant Best Buy Co. Inc.'s motion for leave to file a sur-reply **(ECF No. 31) is GRANTED**.

    IT IS FURTHER ORDERED that briefing on defendant Best Buy Co. Inc.'s motion for summary judgment (ECF No. 32) is suspended pending further order of the court.

    IT IS FURTHER ORDERED that plaintiff Barbie Morgan has until December 15, 2017 to file a response to Best Buy's sur-reply.

    DATED this 4th day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE