Karen L. Bashor
Nevada Bar No. 11913
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
karen.bashor@wilsonelser.com
*Attorneys for defendant Best Buy Co., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBIE MORGAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BEST BUY CO., INC., a Minnesota based Corporation; and DOES I through X, and ROES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-00034-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |

WHEREAS, pursuant to the order of this Court the parties were to file a Joint Pretrial Order on or before March 17, 2018;

WHEREAS, attorney Karen Bashor is currently concluding a trial; and

WHEREAS, the parties are requesting this Court extend the time by two weeks to file the Joint Pretrial Order, to March 29, 2018.

IT IS HEREBY STIPULATED AND AGREED by and between Karen Bashor, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, attorney for Defendant, and Alan Levin, Esq., attorney for Plaintiff, as follows:

That the deadline for filing the Joint Pretrial Order be extended until March 29, 2018.

DATED this 15th day of March, 2018      DATED this 15th day of March, 2018

WILSON ELSER, MOSKOWITZ      ALAN S. LEVIN, P.C.
EDELMAN & DICKER LLP

By: ____*/s/ Karen Bashor*____      By: ____*/s/ Allen Levin*____
    KAREN L. BASHOR, ESQ.          ALAN S. LEVIN, M.D. J.D.
    Nevada Bar No. 11913                 Nevada Bar No. 7062
    300 South Fourth Street, 11th Floor    P.O. Box 4703
    Las Vegas, NV 89101                 Incline Village, NV 89450
    Attorneys for Defendant              Attorney for Plaintiff
    BEST BUY CO., INC.

1275078v.2

Case No.: 2:17-cv-00034-APG-VCF

**<u>ORDER</u>**

IT IS SO ORDERED, Counsel for the parties shall filed a Joint Pretrial Order on or before March 29, 2018.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 16, 2018.

1275078v.2