# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BARBIE MORGAN,

    Plaintiff,

v.

BEST BUY CO., INC.,

    Defendant.

Case No. 2:17-cv-00034-APG-VCF

**ORDER SEALING DOCUMENTS**

(ECF Nos. 50, 54, 55)

Some of the parties' recently filed briefs (ECF Nos. 50, 54, and 55) contain personal identifying information of plaintiff Barbie Morgan (e.g., her social security number, birth date, and address). In order to protect Ms. Morgan's privacy, I will seal those three filings.

IT IS THEREFORE ORDERED that the clerk of the court shall **immediately seal ECF Nos. 50, 54, and 55.** By May 30, 2018, the parties shall file new versions of those briefs, redacting all personal identifying information. The parties also shall review the other filed briefs to determine whether they need to be sealed and redacted as well. If so, the parties shall confer about sealing and submit an appropriate stipulation or motion.

DATED this 9th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE