UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBIE MORGAN,

  Plaintiff(s),

vs.

BEST BUY, CO., INC.,

  Defendant(s).

2:17-CV-00034-APG-VCF

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that the meal for May 23, 2018 for said jury shall be paid by the Clerk of Court.

DATED this 23rd day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

___ FILED   ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY