# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Barbie Morgan

Plaintiff,

v.

Best Buy Co., Inc.

Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00034-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered. Best Buy is awarded $57,620.70 for Attorney's Fees.

February 28, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk