Timothy D. Ducar, Esq.
Nevada State Bar No. 10572
**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**
7430 E Butherus Dr., Suite E
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com

Marjorie Hauf, Esq.
Nevada Bar No. 8111
**GANZ & HAUF, Chtd.**
8950 West Tropicana, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBIE MORGAN, | Case No. 2:17-cv-00034-APG-VCF |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION** |
| -vs- | |
| BEST BUY CO., INC., | |
| Defendant. | |

TO:   PLAINTIFF, BARBIE MORGAN;

**THIS PLEADING IS A COMMUNICATION BEING MADE IN AN EFFORT TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN FROM YOU INCIDENT HERETO WILL BE USED FOR THAT PURPOSE.**

It appearing to the Court that a Judgment awarding attorney's fees and costs in the amount of $79,626.00, was entered against Defendant, BARBIE MORGAN, on February 28, 2019, by the United States District Court, District of Nevada (and same remains unsatisfied.) Whereas N.R.S. Section 21.270 provides for an Examination of Judgment Debtor under such circumstances; it is therefore

ORDERED, ADJUDGED AND DECREED that the Judgement Debtor, BARBIE MORGAN, appear at Lizada Law Firm, located at 711 S. 9th St., Las Vegas, Nevada 89101 on the 23rd day November, 2021, at 9:30 am, to make discovery on oath concerning respective property, and the Judgment Debtor be and hereby is forbidden in the meantime from disposing of any property not exempt from execution; it is further

ORDERED, ADJUDGED AND DECREED that the Judgment Debtor shall produce at the time of the hearing the documents listed on Exhibit "A" attached hereto and by this reference incorporated herein; and it is further

ORDERED, ADJUDGED AND DECREED that the documents requested in Exhibit A will be produced no later than November 16, 2021 and it is further

ORDERED ADJUDGED AND DECREED that a copy of this Order be forthwith served upon said Judgment Debtor personally or in the manner provided for by law for the service of the summons.

Failure to appear that the time and place stated above may result in a Bench Warrant being issued for your arrest.

Dated this 14th day of October, 2021.

_____
UNITED STATES MAGISTRATE

Submitted by:
**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

_For [signature] #11637_
Timothy D. Ducar, Esq.
Nevada Bar No.: 10572
7430 E Butherus Dr., Suite E
Scottsdale, AZ 85260

**EXHIBIT "A"**

1. Copy of the federal income tax return of named Defendant for the last year immediately preceding the date of this hearing;

2. Bank statements of all checking and savings accounts maintained by or on behalf of the named Defendant in any depository wherever located, together with all canceled checks and check books thereof, for a period of one year immediately preceding the date of this hearing;

3. The certificates and/or shares of stock and bonds owned or held by or for named Defendant within the year immediately preceding the date of this hearing;

4. All life insurance policies upon the life or lives of named Defendant within the year immediately preceding the date of this hearing;

5. All contracts, promissory notes, negotiable instruments, mortgages, pledge agreements and accounts receivable payable to, for the benefit of, or held in trust for named Defendant, whether or not the same be now due and/or payable, within the year immediately preceding the date of this hearing;

6. All fire, burglary or similar insurance policies in force upon real or personal property owned, or held for named Defendant, including copies of such inventories thereon, for a period of one year immediately preceding the date of this hearing;

7. All deeds, contracts of sale and/or title upon real property wherever situated owned by (in whole or in party), and/or held for named Defendant within one year immediately preceding the date of this hearing;

8. All automobile insurance policies of whatever kind issues in the name of named Defendant for the period of one year next preceding the date of this hearing;

9. All property assessment notices issued to named Defendant within one year next preceding the date of this hearing;

10. Key to all safety deposit boxes wherever situated and issued to or now held in trust for named Defendant;

11. Certificates of title and/or bills of sale to automobiles and/or motor vehicles owned by (in whole or in part) or held in trust for named Defendant, within the year next preceding the date of this hearing;

12. All affidavits of mining development work done by or on behalf of named Defendant, within the year next preceding the date of this hearing;

13. All invoices or receipts for ore mill and/or smelter proceeds received by or on behalf of named Defendant within the year next preceding the date of this hearing;

14. All mining, copyright and trade patents issued to named Defendant within the year next preceding the date of this hearing;

15. List of all wages, commissions, salaries, deposits, bonuses and/or monies owing to, held in trust for, or to the account of named Defendants (in whole or in part) for the year next preceding the date of this hearing.